UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:                                                                CHAPTER 13

SHAWN MICHAEL BEEBE                               CASE NO:  10-32297-JPS
CRYSTAL WEAVER BEEBE
DEBTOR(S)

NOTICE OF AMENDED CHAPTER 13 PLAN

SHAWN MICHAEL AND CRYSTAL WEAVER BEEBE HAVE FILED PAPERS WITH THE COURT TO AMEND THEIR PLAN PRIOR TO CONFIRMATION.

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

NOTICE IS HEREBY GIVEN THAT ANYONE WISHING TO OBJECT TO SAID AMENDMENT MUST DO SO IN WRITING, MUST FILE THE ORIGINAL OBJECTION WITH THE COURT ON OR BEFORE THE SEVENTH (7TH) BUSINESS DAY PRIOR TO THE HEARING DATE SHOWN BELOW, AND MUST SERVE A COPY OF SAID OBJECTION ON THE ATTORNEY FOR THE DEBTOR(S), JASON T. BRASWELL, ATTORNEY AT LAW, 1090-C FOUNDERS BLVD, ATHENS, GA  30606.  ANY SUCH OBJECTIONS TO CONFIRMATION OF THE PLAN WILL BE HEARD AT THE HEARING ON CONFIRMATION WHICH IS SCHEDULED FOR JUNE 7, 2011 AT 2:00 P.M., IN THE MAIN POST OFFICE BUILDING, HANCOCK STREET, ATHENS, GA.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE AMENDMENT AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

5-5-11
DATE

/s/ JASON T. BRASWELL
JASON T. BRASWELL
ATTORNEY FOR DEBTOR(S)
STATE BAR NO: 078373
1090-C FOUNDERS BLVD
ATHENS, GA 30606
(706)548-7070

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:                                       Chapter 13
Shawn Michael Beebe                Case No: 10-32297-jps
Crystal Weaver Beebe
Debtor(s)

DEBTOR'S AMENDMENT TO CHAPTER 13 PLAN

The debtor(s), under the authority of Section 1323 of the Bankruptcy Code, hereby amends their previously filed Chapter 13 plan as follows:

1.

By adding language to paragraph (m) Special Provisions as follows: "All lien avoidance motions or litigation involving the validity of liens, or preference actions will be reserved and can be pursued after confirmation. Successful lien avoidance or preference actions will be grounds for modification of the plan."

2.

After notice and opportunity for objections, the new plan should become the debtor's plan.

WHEREFORE, the debtor(s) prays that this amended Chapter 13 plan be approved.

/s/ JASON T. BRASWELL
JASON T. BRASWELL
ATTORNEY FOR DEBTOR(S)
STATE BAR NO: 078373
1090-C FOUNDERS BLVD
ATHENS, GA 30606
(706)548-7070

MORGAN & MORGAN
ATTORNEYS AT LAW
1090-C FOUNDERS BLVD.
ATHENS, GA 30606
TELEPHONE
(706) 548-7070
FAX
(706) 613-2089

CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the above and foregoing Amended Chapter 13 Plan and Notice on the creditors listed on the attached Mailing Matrix by placing a true copy of the same in the U.S. Mail, properly addressed and with sufficient postage to insure delivery and on the Trustee by ECF.

This 5th day of May, 2011.

/s/ JASON T. BRASWELL
JASON T. BRASWELL
ATTORNEY FOR DEBTOR(S)
STATE BAR NO: 078373
1090-C FOUNDERS BLVD
ATHENS, GA  30606

Bank of America
P.O. Box 650070
Dallas, TX 75265-0070

Bank of America
P.O. Box 851001
Dallas, TX 75285

Capital One Bank
P.O. Box 71083
Charlotte, NC 28272-1083

Childrens Place Card Services
P.O. Box 653054
Dallas, TX 75265

Citi
P.O. Box 183041
Columbus, OH 43218-3041

DCSS
P.O. Box 1600
Carrollton, GA 30112-1600

Donna Mercer
2024 Mt. Olivet Road
Hartwell, GA 30643

GE Capital
P.O. Box 981491
El Paso, TX 79998

GE Capital/HH Gregg
P.O. Box 981439
El Paso, TX 79998

GEMB/AEO
P.O. Box 530942
Atlanta, GA 30353-0942

GEMB/Belks
P.O. Box 960012
Orlando, FL 32896-0012

GEMB/Old Navy
P.O. Box 530942
Atlanta, GA 30353-0942

```
GEMB/Walmart
P.O. Box 530927
Atlanta, GA 30353-0927

Home Depot
P.O. Box 653000
Dallas, TX 75265-3000

HSBC Card Services
P.O. Box 80026
Salinas, CA 93912

North Georgia Credit Union
589 Mize Road
P.O. Box 280
Toccoa, GA 30577

North Georgia Credit Union
589 Mize Road
P.O. Box 280
Toccoa, GA 30577

North Georgia Credit Union
589 Mize Road
P.O. Box 280
Toccoa, GA 30577

Pinnacle Bank
P.O. Box 430
Elberton, GA 30635

Target
P.O. Box 673
Minneapolis, MN 55440-0673

United Community Bank
P.O. Box 428
Cornelia, GA 30514
```